FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28  P 4: 49

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PERCY DEAN** | **CIVIL ACTION** |
| **VERSUS** | **NO.  06-3243** |
| **SHERIFF MARLIN GUSMAN** | **SECTION "N"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Percy Dean's Title 42 U.S.C. § 1983 against Orleans Parish Crminal

Sheriff Marlin Gusman, the unidentified deputies, and the Special Investigation Department are

**DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief

can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Dean's claims brought pursuant to Louisiana law are

___ Fee_____
___ Process._____
_X_ Dktd_____
___ CtRmDep._____
___ Doc. No._____

**DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this _28ᵗʰ_ day of ___November___, 2006.

_____
UNITED STATES DISTRICT JUDGE